| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | DIEGO D. CUELLAR-GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:17-mj-00072-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING, EXTEND PROBATION; ORDER** |
| vs. | |
| DIEGO D. CUELLAR-GARCIA, | Judge:  Hon. Jeremy D. Peterson |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Diego D. Cuellar-Garcia, hereby stipulate and jointly move this Court to vacate Mr. Cuellar-Garcia's review hearing on May 5, 2020 extend probation to June 6, 2021.

On June 6, 2018, Mr. Cuellar-Garcia was arraigned before the honorable Jeremy D. Peterson.  Mr. Cuellar-Garcia was sentenced to 2 years unsupervised probation, ordered to pay a $1,200.00 fine and complete the 1st time offender course.  The undersigned defense counsel requests that Mr. Cuellar-Garcia's probation be extended until June 6, 2021 to allow additional time to complete the 1st time offender course.  Mr. Cuellar-Garcia encountered significant delays in beginning his DUI course because of language barriers, and is again delayed because of the ongoing COVID-19 emergency.  Mr. Cuellar-Garcia has paid his fines in full. The Government does not object.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT |
| 3 | | United States Attorney |
| 4 | Dated:  May 1, 2020 | */s/ Susan St. Vincent* |
| 5 | | SUSAN ST. VINCENT<br>Acting Legal Officer |
| 6 | | National Park Service<br>Yosemite National Park |
| 8 | Dated:  May 1, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 | | */s/  Benjamin A. Gerson* |
| 11 | | BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | DIEGO D. CUELLAR-GARCIA |

ORDER

The above stipulation to extend probation in case 6:17-mj-00072 JDP to June 6, 2021 is accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   May 4, 2020

UNITED STATES MAGISTRATE JUDGE